| | |
|---|---|
| 1 | MOEEL LAH FAKHOURY LLP |
| 2 | Hanni M. Fakhoury (State Bar No. 252629) |
|   | 2006 Kala Bagai Way, Suite 16 |
| 3 | Berkeley, CA 94704 |
|   | Telephone:   (510) 500-9994 |
| 4 | Email:          hanni@mlf-llp.com |

Attorneys for Sene Malepeai

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 4:24-CR-00406-YGR-2 |
| Plaintiff, | **AMENDED STIPULATION AND ORDER CONTINUING BOND HEARING** |
| v. | |
| SENE MALEPEAI, | Hearing Date:   October 24, 2024 |
| Defendant. | Hearing Time:   10:00 a.m. |

Ms. Malepeai is charged in an Information with wire fraud, in violation of 18 U.S.C. § 1343, and aggravated identity theft, in violation of 18 U.S.C. § 1028A, and has pleaded guilty pursuant to a LEADS plea agreement. She is out of custody and a bond hearing is currently set for October 24, 2024 at 10:00 a.m.

Ms. Malepeai has been searching for jobs and has recently found a potential sales job that has scheduled her for orientation and training on October 24 from 8:00 a.m. to 2:00 p.m., the same day and time currently set for the bond hearing. Thus the parties jointly request the Court reset the bond hearing to November 12, 2024 at 10:30 a.m. Pretrial Services is available to appear on that day.

Undersigned defense counsel certifies he has obtained approval from counsel for the government to file this Stipulation and Proposed Order.

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | IT IS SO STIPULATED. |
| 3 |   |   |
| 4 | Dated:   October 23, 2024 | MOEEL LAH FAKHOURY LLP |
| 5 |   | /S |
| 6 |   | HANNI M. FAKHOURY<br>Attorneys for Sene Malepeai |
| 7 |   |   |
| 8 | Dated:   October 23, 2024 | ISMAIL J. RAMSEY<br>United States Attorney |
| 9 |   | Northern District of California |
| 10 |   | /S<br>ERIC CHENG |
| 11 |   | MOLLY PRIEDEMAN<br>Assistant United States Attorneys |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SENE MALEPEAI,<br><br>　　　　Defendant. | Case No.: 4:24-CR-00406-YGR-2<br><br>**ORDER CONTINUING BOND HEARING**<br><br>Hearing Date:　October 24, 2024<br>Hearing Time:　10:00 a.m. |

　　　Based on the reasons provided in the stipulation of the parties, the Court hereby vacates the October 24, 2024 bond hearing and resets it to November 12, 2024 at 10:30 a.m.

**IT IS SO ORDERED.**

DATED: October 23, 2024

_____
HONORABLE DONNA M. RYU
Chief United States Magistrate Judge