UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** June 10, 2026         **Time:** 34 minutes         **Judge:** YVONNE GONZALEZ ROGERS

**Case No.:** 24-cr-406-YGR-2         **Case Name:** UNITED STATES v. Sene Malepeai

**Attorney for Plaintiff: Molly Priedeman**
**Attorney for Defendant: Kathryn Ross**
**Defendant: Sene Malepeai [ X ] Present   [  ] Not Present**
**Defendant's Custodial Status: [  ] In Custody  [ X ] Not in Custody**
**Pretrial Services: Gustavo Rangel**
**Probation: Khaminh Huynh**

**Deputy Clerk:** Edwin Angelo A. Cuenco         **Reported by:** Kendra Steppler; via Zoom

## PROCEEDINGS

Sentencing - Held.

Sentencing recommendations are argued and submitted. The defendant and the parties addressed the Court.

The defendant is committed to the custody of the Bureau of Prisons for time served as to Count One of the Information. Three years supervised release with standard and special conditions as stated on the record. The defendant shall pay a $100.00 mandatory special assessment. The Court orders the fine waived. The defendant is ordered to pay restitution in the amount of $3,290.26.

The Defendant's motion to plead guilty to Count Two is Granted. The Government's motion to dismiss Count Two of the Information is Granted.

The defendant is ordered to have no contact with victim Q.D. stay away from co-defendant except to only exchange their children or to co-parent. The defendant must not knowingly leave the four federal judicial districts of the State of California.